The following constitutes
the order of the court. Signed August 21, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Abraham J. Colman (SBN 146933)
Terry B. Bates (SBN 115420)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorney for Defendant
Real Time Resolutions, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re: <br><br> NEELAM BALA RAI | BK Case No.: 10-43336-MEH (Chapter 13) |
| NEELAM BALA RAI, <br><br> Plaintiff, <br><br> v. <br><br> REAL TIME RESOLUTIONS, INC. <br><br> Defendant. | Adv. Case No.: 13-04136 <br><br> **ORDER GRANTING DEFENDANT REAL TIME RESOLUTIONS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Date:   August 4, 2014 <br>         (cont'd to August 6, 2014) <br> Time:   11:00 a.m. <br> Place:  Courtroom 215 <br>         1300 Clay Street <br>         Oakland, CA 94612 |

This Court heard argument on the noticed Motion for Judgment on the Pleadings (the "Motion") filed by Defendant Real Time Resolutions, Inc.'s ("Defendant") on August 4, 2014, and informed the parties that an oral ruling would follow later in the week. A telephonic conference to review and present the ruling was held on August 6, 2014. Michael P. Rooney appeared on behalf of Plaintiff Neelam Bala Rai ("Plaintiff") and Terry B. Bates appeared on behalf of Defendant at the hearing on August 4, 2014, and both counsel appeared by telephone for the telephonic conference. Having considered the pleadings, the Motion and papers filed in support and opposition thereto, the matters of which this Court took judicial notice, including the prior rulings of this Court, the arguments of counsel at the hearing on the Motion, and good cause appearing, the Court issued its oral ruling on August 6, 2014, and directed Defendant to submit a proposed order. For the reasons stated on the record at the hearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion of Defendant Real Time Resolutions, Inc. for Judgment on the Pleadings is granted.

2. Plaintiff Neelam Bala Rai's First Amended Adversary Complaint shall be dismissed in its entirety, and judgment entered in favor of Defendant on the First Amended Adversary Complaint.

APPROVED AS TO FORM:

MICHAEL ROONEY LAW OFFICE

By:   /s/ Michael Patrick Rooney, Esq.
      Michael Patrick Rooney, Esq.
      Attorneys for Plaintiff Neelam Bala Rai

**END OF ORDER**

COURT SERVICE LIST

ECF Recipients