

1  Abraham J. Colman (SBN 146933)
   Terry B. Bates (SBN 115420)
2  Christopher O. Rivas (SBN 238765)
   REED SMITH LLP
3  355 South Grand Avenue
   Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone: +1 213 457 8000
5  Facsimile: +1 213 457 8080

6  Attorney for Defendant
   Real Time Resolutions, Inc.

The following constitutes
the order of the court. Signed August 21, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In Re:

NEELAM BALA RAI

BK Case No.: 10-43336-MEH (Chapter 13)

NEELAM BALA RAI,

      Plaintiff,

  v.

REAL TIME RESOLUTIONS, INC.

      Defendant.

Adv. Case No.: 13-04136

**JUDGMENT**

On August 6, 2014, this Court granted the Motion for Judgment on the Pleadings (the "Motion") filed by Defendant Real Time Resolutions, Inc.'s ("Defendant"). In accordance with the Court's order and Bankruptcy Rules,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Plaintiff Neelam Bala Rai's First Amended Adversary Complaint is dismissed in its entirety, and judgment is hereby granted in favor of Defendant Real Time Resolutions, Inc. on the First Amended Adversary Complaint.

2. As the prevailing party, Defendant is entitled to recover its costs of suit against Plaintiff Neelam Bala Rai pursuant to Civil Local Rule 54, as incorporated by Bankruptcy Local Rule 1001-2(a).

APPROVED AS TO FORM:

MICHAEL ROONEY LAW OFFICE

By: /s/ Michael Patrick Rooney, Esq.
　　 Michael Patrick Rooney, Esq.
　　 Attorneys for Plaintiff Neelam Bala Rai

**END OF ORDER**

COURT SERVICE LIST

ECF Recipients