AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES BANKRUPTCY COURT
for the
Northern District of California

Neelam Bala Rai )
)
v. ) Case No.: 13-04136
)
Real Time Resolutions, Inc. )
)

## AMENDED BILL OF COSTS

Judgment having been entered in the above entitled action on __August 21, 2014__ against Plaintiff Neelam Bala Rai
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................................................................. | $ |
| Fees for service of summons and subpoena ....................................................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ............. | 2,030.50 |
| Fees and disbursements for printing................................................................................. | |
| Fees for witnesses *(itemize on page two)* ........................................................................... | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case................................................................... | |
| Docket fees under 28 U.S.C. 1923 ................................................................................... | 47.40 |
| Costs as shown on Mandate of Court of Appeals.............................................................. | |
| Compensation of court-appointed experts........................................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828............ | 2,881.40 |
| Other costs *(please itemize)*............................................................................................. | |
| TOTAL $ | 4,959.30 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒　Electronic service　　　☐　First class mail, postage prepaid

☐　Other: _____

s/ Attorney:　s/ Christopher O. Rivas
　　　Name of Attorney: Christopher O. Rivas
For: Defendant Real Time Resolutions, Inc.　　　　　　　　　　Date: 9/12/14
　　　　　　　Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of　$2,077.90　and included in the judgment.

Edward J. Emmons　　　　　By: R.P. Singh Jr.　　　　10/1/2014
　　Clerk of Court　　　　　　　　　　Deputy Clerk　　　　　　Date



Case: 13-04136　Doc# 71　Filed: 10/02/14　Entered: 10/02/14 14:39:45　Page 1 of 13

# UNITED STATES BANKRUPTCY COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| | | | | | | | $ 0.00 |
| | | | | | | | $ 0.00 |
| | | | | | | | $ 0.00 |
| | | | | | | | $ 0.00 |
| | | | | | | | $ 0.00 |
| | | | | | | | $ 0.00 |
| | | | | | | TOTAL | $ 0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

American LegalNet, Inc.
www.FormsWorkFlow.com

# Itemization and Documentation to Real Time Resolution Inc.'s Amended Bill of Costs

1. **Fees for Printed or Electronically Recorded Transcripts**[1]

| Invoice Date | Vendor | Description | Cost |
|---|---|---|---|
| November 9, 2014 | Veritext Legal Solutions | Original with 1 Certified Transcript and Exhibits of Deposition of Neelam Bala Rai | $666.55 |
| November 9, 2014 | Veritext Legal Solutions | Original with 1 Certified Transcript and Exhibits of Deposition of Krishan Rai | $1,363.95 |
| | | TOTAL: | $2,030.50 |

2. **Docket Fees**[2]

| Invoice Date | Vendor | Description | Cost |
|---|---|---|---|
| 9/30/2013 - 02/28/2014 | PACER | Pacer fees for Docket Research | $47.40 |
| | | TOTAL: | $47.40 |

---

[1] Copies of invoices supporting these costs are attached as **Exhibit 1**.
[2] A copy of the Summary of Expenses supporting these costs are attached as **Exhibit 2**.

3.  **Compensation of Interpreters[3]**

| Invoice Date | Vendor | Description | Cost |
|---|---|---|---|
| May 21, 2014 | Language Select | Punjabi Interpreter, Demanded by Plaintiff Neelam Bala Rai for Deposition of Same | $1,571.20 |
| July 31, 2014 | Language Select | Punjabi Interpreter, Demanded by Plaintiff Neelam Bala Rai for Court-Ordered and Agreed Mediation | $1,310.20 |
| | | TOTAL: | $2,881.40 |

---

[3] Copies of invoices supporting these costs are attached as **Exhibit 3**.

# Exhibit 1

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Terry B. Bates, Esq<br>Reed Smith LLP<br>355 S Grand Ave.<br>Suite 2900<br>Los Angeles, CA, 90071-1514 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CA2053390<br>6/9/2014<br>$0.00 |

| | | |
|---|---|---|
| **Case:** Neelam Bala Rai v. Real Time Resolutions | **Claim No. :** | 13-04136 |
| **Job #:** 1865912 \| Job Date: 5/21/2014 \| Delivery: Normal | | |
| **Billing Atty:** Terry B. Bates, Esq | | |
| **Location:** Reed Smith<br>101 Second St \| Suite 1800 \| San Francisco, CA 94105 | | |
| **Sched Atty:** Christopher Rivas, Esq \| Reed Smith LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 97.00 | $4.95 | $480.15 |
| | Exhibits | Per Page | 156.00 | $0.65 | $101.40 |
| Neelam Bala Rai | CD Depo Litigation Package | Per CD | 1.00 | $20.00 | $20.00 |
| | Production & Processing | 1 | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $20.00 | $20.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $666.55 |
| **Payment:** | ($666.55) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | CA2053390<br>1865912<br>6/9/2014<br>$0.00 |

42789

Case: 13-04136   Doc# 71   Filed: 10/02/14   Entered: 10/02/14 14:39:45   Page 6 of 13

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569


**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Terry B. Bates, Esq<br>Reed Smith LLP<br>355 S Grand Ave.<br>Suite 2900<br>Los Angeles, CA, 90071-1514 | | Invoice #: | CA2054313 |
|---|---|---|---|---|
| | | | Invoice Date: | 6/9/2014 |
| | | | Balance Due: | $0.00 |

| Case: | Neelam Bala Rai v. Real Time Resolutions | Claim No. : | 13-04136 |
|---|---|---|---|
| Job #: | 1865914 | Job Date: 5/22/2014 | Delivery: Normal | | |
| Billing Atty: | Terry B. Bates, Esq | | |
| Location: | Reed Smith<br>101 Second St | Suite 1800 | San Francisco, CA 94105 | | |
| Sched Atty: | Christopher Rivas, Esq | Reed Smith LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 248.00 | $4.95 | $1,227.60 |
| | Exhibits | Per Page | 79.00 | $0.65 | $51.35 |
| Krishan Rai | CD Depo Litigation Package | Per CD | 1.00 | $20.00 | $20.00 |
| | Production & Processing | 1 | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $20.00 | $20.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,363.95 |
| Payment: | ($1,363.95) |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | Invoice #:<br>Job #:<br>Invoice Date:<br>Balance: | CA2054313<br>1865914<br>6/9/2014<br>$0.00 |

42789

# Exhibit 2

# ReedSmith

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON

SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ ATHENS ♦ KAZAKHSTAN

## SUMMARY OF PACER EXPENSES

| Date | Timekeeper | Amount | Cost Description | Bill Date |
|---|---|---|---|---|
| 09/30/2013 | C. Rivas | $ 0.20 | PACER | 11/15/2013 |
| 10/31/2013 | F. Karanjia | $ 7.90 | PACER | 12/09/2013 |
| 02/28/2014 | C. Rivas | $39.10 | PACER | 05/23/2014 |
| 02/28/2014 | F. Karanjia | $ 0.20 | PACER | 05/23/2014 |
| **TOTAL** | | **$47.40** | | |

Please Remit to:

*Mail To:*
Reed Smith LLP
Department 33489
P.O. Box 39000
San Francisco, CA 94139

*Wire Instructions:*
Wells Fargo Bank, N.A.
Oakland, CA
ABA Number: 121-000-248
Swift Code: WFBIUS6S
Account Number: 494-5044212
Remittance Advice E-mail: CAACH@REEDSMITH.COM
**(Please Reference Invoice Number)**

# Exhibit 3



**languageselect®**
A Professional Interpreting Company

7590 North Glenoaks Boulevard, Suite 100
Los Angeles, California 91504
FEIN 26-4505092

# Invoice

| 69812 |

Christopher Rivas
Reed, Smith, LLLP
355 S Grand Avenue, # 2900
Los Angeles, CA 90071

**Client ID # 9621**
**Valued Language Select Customer Since May 2010. Thank you for your business.**

| Date of Service | Job Description | Rate | Amount |
|---|---|---|---|
| 5/21/2014 | Punjabi Interpreter<br>Deposition:Neelam Bala Rai v Real Time Resolutions<br>Assignment 1865912<br>10:00AM-2:15PM | $250.00 Per Hour x 6 Hour Min | $1,500.00 |
| 5/21/2014 | Parking Fee | $26.00 | $26.00 |
| 5/21/2014 | Mileage Fees for the closest available Certfied Punjabi Interpreter for the assignment location | 80 Miles x $.565 Per Mile | $45.20 |

Calendar Manager: Andrea Rios
800.200.6763
arios@languageselect.com

**Total Amount Due:** $1,571.20
**Net 30 Days**
A fee of 1.5% may be applied to unpaid invoices over 30 days

..............Please fold and tear at the perforation and remit with your payment. Thank you..............

We accept Visa, MasterCard, Discover, and American Express. Please contact our Calendar Manager to pay by credit card or for any questions.

| | | | |
|---|---|---|---|
| **Total Amount Due:** | $1,571.20 | **Invoice #:** | 69812 |
| **Invoice Date:** | 5/21/2014 | **Client Name:** | Reed, Smith, LL |
| **Payment Due Date:** | 6/20/2014 | **Client ID:** | Client ID # 9621 |

Please make check payable to:

Language Select LLC
Attn: Accounts Receivable
7590 North Glenoaks Blvd. Suite 100
Los Angeles, California 91504



**languageselect®**
A Professional Interpreting Company

7590 North Glenoaks Boulevard, Suite 100
Los Angeles, California 91504
FEIN 26-4505092

# Invoice Copy

70265

Christopher Rivas
Reed, Smith, LLLP
355 S Grand Avenue, # 2900
Los Angeles, CA 90071

**Client ID # 9621**
**Valued Language Select Customer Since May 2010. Thank you for your business.**

| Date of Service | Job Description | Rate | Amount |
|---|---|---|---|
| 7/31/2014 | Punjabi Interpreter<br>Mediationt:Neelam Bala Rai v Real Time Resolutions<br>9:00AM-1:20PM | $250.00 Per Hour x 5 Hours | $1,250.00 |
| 7/31/2014 | Parking Fee | $15.00 | $15.00 |
| 7/31/2014 | Travel/Mileage Fees for the closest available Punjabi Interpreter for the assignment location | 80 Miles Round-trip x $.565 Per mile | $45.20 |

| | | |
|---|---|---|
| Calendar Manager: Andrea Rios<br>800.200.6763<br>arios@languageselect.com | **Total Amount Due:**<br>**Net 30 Days**<br>A fee of 1.5% may be applied to unpaid invoices over 30 days | **$1,310.20** |

..........................................Please fold and tear at the perforation and remit with your payment. Thank you..........................................

We accept Visa, MasterCard, Discover, and American Express. Please contact our Calendar Manager to pay by credit card or for any questions.

**Total Amount Due:** $1,310.20
**Invoice Date:** 7/31/2014
**Payment Due Date:** 8/30/2014

**Invoice #:** 70265
**Client Name:** Reed, Smith, LL
**Client ID:** Client ID # 9621

Please make check payable to:

Language Select LLC
Attn: Accounts Receivable
7590 North Glenoaks Blvd. Suite 100
Los Angeles, California 91504

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2014, I electronically filed the foregoing **AMENDED BILL OF COSTS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

- Carlos J.(ra) Alarcon cjalarcon@thealarcongroup.com
- Christopher O. Rivas crivas@reedsmith.com
- Michael Patrick Rooney mike@mikerooneylaw.com, dianekromer@hotmail.com

and I hereby certify that I have mailed by US Postal Service the document to the following:

Michael Rooney
Law Offices of Michael Rooney
580 California Street, 16th Floor
San Francisco, CA 94104

/s/ Christopher O. Rivas
Christopher O. Rivas
crivas@reedsmith.com