Abraham J. Colman (SBN 146933)
Terry B. Bates (SBN 115420)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorney for Defendant
Real Time Resolutions, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>NEELAM BALA RAI | BK Case No.: 10-43336-CN<br><br>Chapter 13 |
| NEELAM BALA RAI,<br><br>    Plaintiff,<br><br>  v.<br><br>REAL TIME RESOLUTIONS, INC.<br><br>    Defendant. | Adv. Case No.: 13-04136<br><br>**RESPONSE TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE CLOSED**<br><br>Date:     December 1, 2014<br>Time:    11:00 a.m.<br>Place:    Courtroom 215<br>           1300 Clay Street, Suite 300<br>           Oakland, CA 94612 |

Defendant Real Time Resolutions, Inc. ("Real Time"), by and through its attorneys, hereby responds to this Court's Order to Show Cause Why Case Should Not Be Closed ("OSC").

On July 7, 2014, Real Time filed a Motion for Judgment on the Pleadings (the "Motion"), seeking judgment of dismissal of the claims filed by Plaintiff Neelam Bala Rai ("Plaintiff"). Docket No. 39. Plaintiff opposed the Motion and, on August 4, 2014, the parties appeared before this Court to argue the Motion. Docket No. 57. On August 6, 2014, the Court delivered its ruling to the parties orally, granting the Motion in full. Docket No. 58.

On August 21, 2014, the Court entered judgment against Plaintiff and in favor of Defendant, dismissing Plaintiff's First Amended Adversary Complaint, granting judgment in favor of Defendant, and awarding Defendant its costs of suit. Docket No. 62. The judgment is now a final judgment, and there is nothing further to litigate in this adversary proceeding.

For the foregoing reasons, Real Time respectfully requests that this Court close this case and vacate the December 1, 2014 hearing on the OSC.

DATED: November 24, 2014         REED SMITH LLP

                                 By    /s/ Christopher O. Rivas
                                     Abraham J. Colman
                                     Terry B. Bates
                                     Christopher O. Rivas
                                     Attorneys for Defendant
                                     Real Time Resolutions, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: REED SMITH, LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE CLOSED** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 24, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Carlos J.(ra) Alarcon    cjalarcon@thealarcongroup.com
- Christopher O. Rivas    crivas@reedsmith.com
- Michael Patrick Rooney    mike@mikerooneylaw.com, dianekromer@hotmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On November 24, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Michael Rooney
Law Offices of Michael Rooney
580 California Street, 16th Floor
San Francisco, CA 94104

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 24, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via UPS
Honorable Charles Novack
United States Bankruptcy Court
Northern District of California
1300 Clay Street, Courtroom 215
Oakland, CA 94612

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/24/14 | Evelyn Rodriguez | /s/ Evelyn Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |